**PUBLIC CITIZEN LITIGATION GROUP**
1600 20th Street NW • Washington DC 20009
202/588-1000 • www.citizen.org

August 31, 2022

**Via ECF**

Mark J. Langer, Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue NW
Washington, DC 20001

     Re:    Case No. 22-7033, *Harris v. Medical Transportation Management, Inc.*

Dear Mr. Langer:

    This letter is to inform the Court that I will be unavailable for oral argument in the above-referenced case from January 12, 2023, through January 26, 2023.

                      Respectfully submitted,

                      /s/ Michael T. Kirkpatrick
                      Michael T. Kirkpatrick

                      *Counsel for Plaintiffs-Appellees*

## CERTIFICATES OF SERVICE AND COMPLIANCE

I certify that the body of this document is 27 words.

I certify that on August 31, 2022, I electronically filed the foregoing letter with the Clerk of the Court through the Court's ECF system, which will serve notice of the filing on counsel for appellant.

<u>/s/ Michael T. Kirkpatrick</u>
Michael T. Kirkpatrick