BRYAN CAVE LEIGHTON PAISNER LLP
120 Broadway Suite 300
Santa Monica CA 90401 2386
T: +1 310 576 2100
F: +1 310 576 2200
bclplaw.com

**September 1, 2022**

Jean-Claude André
Partner
Direct: +1 310 576 2148
Fax: +1 310 260 4148
jcandre@bclplaw.com

**Via ECF**

Mark J. Langer
Clerk, U.S. Court of Appeals
   for the D.C. Circuit
333 Constitution Avenue, NW
Washington, DC 20001

   Re: *Harris v. Med. Transp. Mgmt., Inc*, No. 22-7033

Dear Mr. Langer:

  This letter is to inform the Court that I will be unavailable for oral argument in the above-referenced case from December 26, 2022, through January 6, 2023.

Very truly yours,

Jean-Claude André
Counsel for Defendant-Appellant

## CERTIFICATES OF SERVICE AND COMPLIANCE

I certify that the body of this document is 27 words.

I certify that on September 1, 2022, I electronically filed the foregoing letter with the Clerk of the Court through the Court's ECF system, which will serve notice of the filing on counsel for appellees.

_____
Jean-Claude André