# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 22-7033** | **September Term, 2022** |
| | Filed On: July 18, 2023 |

Isaac Harris, et al.,
        Appellees

v.

Medical Transportation Management, Inc.,
        Appellant

v.

Star Transportation LLC, et al.,
        Appellees

Appeal from the United States District Court
for the District of Columbia
(No. 1:17-cv-01371)

Before: **Millett** and **Childs**, *Circuit Judges*, and **Rogers**, *Senior Circuit Judge*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the order certifying an issue class under Federal Rule of Civil Procedure 23(c)(4) be remanded for further consideration, and the court declines to exercise pendent appellate jurisdiction over the District Court's denial of decertification of the Fair Labor Standards Act collective, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                BY:    /s/

                            Daniel J. Reidy
                            Deputy Clerk

Date: July 18, 2023

Opinion for the court filed by Circuit Judge Millett.